| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 21 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: FRANK MILFORD PECK.

_____

FRANK MILFORD PECK,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

BRIAN WILLIAMS, Warden; ATTORNEY GENERAL FOR THE STATE OF NEVADA,

        Real Parties in Interest.

No. 18-73387

D.C. No. 2:17-cv-01620-JAD-VCF
District of Nevada,
Las Vegas

ORDER

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    To the extent that petitioner seeks to compel the district court to act on his amended habeas petition brought under 28 U.S.C. § 2254, the petition is denied without prejudice to the filing of a new petition if the district court has not acted on

ARM/MOATT

petitioner's amended § 2254 petition within 30 days.

The motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

**DENIED.**