# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANK M. PECK,

     Petitioner

v.

BRIAN WILLIAMS, et al.,

     Respondent

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting Petitioner's Motion for Stay and Abeyance**

[ECF No. 78]

     Petitioner Frank Peck brings this motion for stay and abeyance.[1]  He argues that the court should stay this action while his appeal of the denial of counsel to withdraw is pending. Respondents do not oppose the motion.[2]  I conclude that it would save time and resources to stay this action while the appeal is pending.  So, with good cause appearing,

     IT IS HEREBY ORDERED that the motion for stay and abeyance **[ECF No. 78] is GRANTED.**  This action is stayed until the appeal at case no. 20-15333 has been fully resolved. Petitioner must file a motion to reopen within 45 days of the issuance of the mandate.  Petitioner or respondents otherwise may move to reopen this action and seek any relief appropriate under the circumstances.  The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action.

     Dated: June 26, 2020

_____
U.S. District Judge

---

[1] ECF No. 78.

[2] ECF No. 79.