# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK PECK,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting Unopposed Motion for Extension of Time to File Third Amended Petition**

[ECF No. 89]

    Petitioner Frank Peck brings a motion asking for an extension of time to file a third amended petition.[1]  He argues that he needs the additional time to review the lengthy state-court record and to wait for the results of a DNA review.  Good cause appearing, IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Third Amended Petition (First Request) **[ECF No. 89] is GRANTED.**  Petitioner will have up to and including October 18, 2021, to file a third amended petition for a writ of habeas corpus.

    Dated: August 22, 2021

                                                                       _____
                                                                       U.S. District Judge

---

[1] ECF No. 89.