UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK PECK, | Case No.: 2:17-cv-01620-JAD-VCF |
| Petitioner | **Order Granting Unopposed Motion for Extension of Time to File Third Amended Petition** |
| v. | |
| BRIAN WILLIAMS, et al., | [ECF No. 91] |
| Respondents | |

Petitioner Frank Peck brings a motion asking for an extension of time to file a third amended petition.[1] He argues that he needs the additional time to review the lengthy state-court record and the results of a DNA review, as well as the press of business in other cases. Good cause appearing, IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Third Amended Petition (Second Request) **[ECF No. 91] is GRANTED.** Petitioner will have up to and including December 17, 2021, to file a third amended petition for a writ of habeas corpus.

Dated: October 18, 2021

_____
U.S. District Judge

---

[1] ECF No. 91.