UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK PECK,<br><br>　　　　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents | Case No.: 2:17-cv-01620-JAD-VCF<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 98] |

Respondents bring a motion for an enlargement of time to respond to the third amended petition.[1]  They argue that they need the additional time due to the press of business in other cases.  Good cause appearing, IT IS HEREBY ORDERED that the Unopposed Motion for Enlargement of Time **[ECF No. 98] is GRANTED.**  Respondents will have up to and including May 31, 2022, to file a response to the third amended petition for a writ of habeas corpus.

　　　　Dated: April 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 98.