**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:17-cv-01620-JAD-VCF |
| Petitioner | |
| v. | **Order Granting Extension of Time** <br> **[ECF No. 100]** |
| BRIAN WILLIAMS, et al., | |
| Respondents | |

Respondents seek an extension of time to file their response to Frank M. Peck's 28 U.S.C. § 2254 third-amended petition for writ of habeas corpus.[1]  Good cause appearing,

IT IS ORDERED that respondents' unopposed second motion for extension of time to file a response to the petition **[ECF No. 100] is GRANTED.  The deadline to respond to the petition for writ of habeas corpus is extended to August 1, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 1, 2022

---

[1] ECF No. 100.