# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANK M. PECK,

      Petitioner

v.

BRIAN WILLIAMS, et al.,

      Respondents

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting Extension of Time to Respond to Petition to August 15, 2022 [ECF No. 102]**

      Respondents seek an extension of time to file their response to Frank M. Peck's 28 U.S.C. § 2254 third-amended petition for writ of habeas corpus.[1] Good cause appearing,

      IT IS ORDERED that respondents' unopposed third motion for extension of time to file a response to the petition **[ECF No. 102] is GRANTED** *nunc pro tunc*. **The deadline to respond to the petition for writ of habeas corpus is extended to August 15, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 2, 2022

_____

[1] ECF No. 102.