# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANK M. PECK,

     Petitioner

v.

BRIAN WILLIAMS, et al.,

     Respondents

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting *Nunc Pro Tunc* Extension of Time to File Motion to Dismiss and Granting Extension of Time to Oppose Motion to Dismiss to October 31, 2022**

**[ECF Nos. 106, 116]**

     Both parties in Frank M. Peck's 28 U.S.C. § 2254 habeas action seek extensions of time. Respondents move for a *nunc pro tunc* one-day extension of time to file their response to the petition.[1]  Peck asks for an extension of time to file an opposition to the motion to dismiss.[2] Good cause appearing,

     IT IS ORDERED that respondents' fourth motion for extension of time to file a response to the petition **[ECF No. 106] is GRANTED** *nunc pro tunc*.

     IT IS FURTHER ORDERED that petitioner's unopposed first motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 116] is GRANTED** *nunc pro tunc*. **The deadline to oppose the motion to dismiss is extended to October 31, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 31, 2022

---

[1] ECF No. 106.  Counsel for respondents indicates that she inadvertently electronically filed the response five minutes after the deadline on August 16, 2022, at 12:05 a.m.  *Id.* at 2.

[2] ECF No. 116.