# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK M. PECK,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting Extension of Time to Oppose Motion to Dismiss to December 30, 2022**

**[ECF No. 118]**

    Federal habeas petitioner Frank M. Peck seeks an extension of time to file an opposition to the motion to dismiss.[1]  Good cause appearing,

    IT IS ORDERED that petitioner's unopposed second motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 118] is GRANTED**.  **The deadline to oppose the motion to dismiss is extended to December 30, 2022**.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: October 31, 2022

---

[1] ECF No. 118.