## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>　　　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　Respondents | Case No.: 2:17-cv-01620-JAD-VCF<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Dismiss to February 3, 2023**<br><br>**[ECF No. 121]** |

Respondents ask the court for an extension of time to file their reply in support of their motion to dismiss Frank M. Peck's 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 121] is GRANTED**.  **The deadline to reply is extended to February 3, 2023**.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: January 5, 2023

---

[1] ECF No. 121.