UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>  Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>  Respondents | Case No.: 2:17-cv-01620-JAD-VCF<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Dismiss to February 10, 2023**<br><br>**[ECF No. 123]** |

Respondents ask the court for an extension of time to file their reply in support of their motion to dismiss Frank M. Peck's 28 U.S.C. § 2254 habeas corpus petition due to counsel's illness.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed second motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 123] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to February 10, 2023**.  The court is not likely to further extend this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 6, 2023

---

[1] ECF No. 123.