UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Frank M. Peck,

        Petitioner

v.

Brian Williams, *et al.*,

        Respondents

Case No. 2:17-cv-01620-JAD-VCF

**Order Granting Extension of Time to Answer Third-Amended Petition to July 5, 2023**

[ECF No. 129]

Respondents ask the court for an extension of time to file their answer to Frank M. Peck's third-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer **[ECF No. 129] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to July 5, 2023**.

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey
                                              Dated: May 8, 2023

---

[1] ECF No. 129.