# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Frank M. Peck,<br><br>　　　　Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>　　　　Respondents | Case No.: 2:17-cv-01620-JAD-VCF<br><br>**Order Granting Extension of Time to Answer Third-Amended Petition to August 4, 2023**<br><br>[ECF No. 132] |

Respondents ask the court for an extension of time to file their answer to Frank M. Peck's third-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,[2]

IT IS ORDERED that respondents' second motion for extension of time to file an answer **[ECF No. 132] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to August 4, 2023**.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: July 7, 2023

---

[1] ECF No. 132.

[2] Counsel for respondents explains that she has been ill and was unable to contact counsel for Peck in time to ask whether she would oppose the request for extension. *Id.* at 2.