# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Frank M. Peck,

    Petitioner

v.

Brian Williams, *et al.*,

    Respondents

Case No.: 2:17-cv-01620-JAD-VCF

**Order Granting Extension of Time to Answer Third-Amended Petition to August 8, 2023**

[ECF No. 134]

Respondents ask the court for a brief extension of time to file their answer to Frank M. Peck's third-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,[2]

IT IS ORDERED that respondents' motion for extension of time to file an answer **[ECF No. 134] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to August 8, 2023**, making the answer filed on that date timely.

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        Dated: August 9, 2023

---

[1] ECF No. 134.

[2] Counsel for respondents explains that she had a family emergency last week and repeatedly received an error message when she attempted to log onto PACER to file for an extension.