UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Frank M. Peck,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>    Respondents | Case No.: 2:17-cv-01620-JAD-VCF<br><br>**Order Granting Extension of Time to Reply to Answer to Third-Amended Petition to December 21, 2023**<br><br>[ECF No. 139] |

Frank M. Peck asks the court for an extension of time to reply to respondents' answer to his third-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to file a reply to the answer **[ECF No. 139] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to December 21, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 7, 2023

---

[1] ECF No. 139.