# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Frank M. Peck,

    Petitioner

v.

Terry Royal, et al.,

    Respondents

Case No.: 2:17-cv-01620-JAD-MDC

**Supplemental Order Re: Ninth Circuit No. 25-110**

[ECF No. 159]

    Frank M. Peck's petition for a writ of habeas corpus was fully briefed by December 2023.  Understandably frustrated by the delay, Peck filed with the Ninth Circuit Court of Appeals a petition for a writ of mandamus directing this district court to resolve his habeas petition.[1]  On May 21, 2025, the Ninth Circuit issued an order giving this district court until June 4, 2025, to either (1) answer Peck's petition for a writ of mandamus addressing the delay in the resolution of the petition; or (2) address the petition and either (a) file an answer with the Ninth Circuit or (b) issue a supplemental order and serve a copy on the Ninth Circuit Court of Appeals.[2]  I have elected to address the petition, and have issued a 59-page order adjudicating Peck's claims.  I have directed the Clerk of Court to serve a copy of that order on the Ninth Circuit.

---

[1] *See* Dkt. No. 1 in *Peck v. U.S. Dist. Ct. for the Dist. of Nev.*, Case No. 25-110 (9th Cir.).

[2] ECF No. 159.

1 **IT IS HEREBY ORDERED** that the Clerk of Court is directed to serve a copy of this
2 supplemental order on the Ninth Circuit Court of Appeals in its Case No. 25-110 **by June 4,**
3 **2025**.

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey
                                        June 3, 2025