## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Frank M. Peck, | Case No. 2:17-cv-01620-JAD-MDC |
| Petitioner, | **Order Granting Motion for Enlargement of Time to Respond to Rule 60(B) Motion to Correct Errors of Law and Fact, and Fraud (ECF Nos. 169, 170) (First Request)** |
| v. | |
| Brian Williams, et al., | [ECF No. 173] |
| Respondents. | |

In this habeas matter, the respondents filed a first request for enlargement of time to respond to Petitioner Frank M. Peck's Rule 60(B) motions to correct errors of law and fact, and fraud.[1] Good cause appearing, I grant the respondents' motion for enlargement of time.[2]

I THEREFORE ORDER that the respondents' Motion for Enlargement of Time to Respond to Petitioner's Rule 60(B) Motion to Correct Errors of Law and Fact, and Fraud **[ECF No. 173] is GRANTED**. The respondents have **through March 4, 2026**, to respond to Petitioner's Rule 60(B) motions to correct errors of law and fact, and fraud.[3]

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2026

---

[1] ECF No. 173.

[2] Fed. R. Civ. P. 6(b); LR IA 6-1.

[3] ECF Nos. 169; 170.