**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Frank M. Peck, | Case No: 2:17-cv-01620-JAD-MDC |
| Petitioner | **Order Granting in Part and Denying in Part Petitioner's Motion for Copies** |
| v. | [ECF No. 184] |
| Terry Royal, et al., | |
| Respondents | |

In this closed habeas corpus proceeding brought under 28 U.S.C. § 2254, Petitioner Frank M. Peck moves for copies of (1) all face-sheets of documents filed in this action starting with the denial of his Third Amended Petition on June 3, 2025, and (2) his Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254.[1]

Generally, an inmate has no constitutional right to free photocopying or to obtain court documents without payment.[2]  Payment of copy fees is required at the time a request is made.[3]  Nothing in federal law, the Federal Rules of Civil Procedure, the Local Rules of Practice, or established case law authorizes federal courts to waive or finance copy fees in habeas cases.[4]

However, in this instance, I find there is good cause to provide the petitioner with a copy of the docket sheet for this action, commencing with the filing of the denial of his Third-

---

[1] ECF No. 184.

[2] *See Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[3] *See* LR IC 1-1(i)(5) (paper copies of filed documents may be obtained from the clerk's office after payment of copying fees).

[4] *See, e.g.*, LSR 1-7 (stating that *in forma pauperis* status does not waive a party's "responsibility to pay the expenses of litigation that are not covered by 28 U.S.C. § 1915," which does not provide for copies).

Amended Petition on June 3, 2025, because, until recently, petitioner was represented by counsel and he is now proceeding *pro se*. The petitioner states that he requires the face sheet for every document filed since June 3, 2025, so that he knows the docket number;[5] however, a copy of the docket sheet should provide that information to him, and the petitioner has not shown good cause for copies of the face sheets. I furthermore find there is good cause to provide the petitioner with the Ninth Circuit Court of Appeals "Form 12. Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254," as I previously ordered the Clerk of Court to provide it to him.[6]

**I THEREFORE ORDER** that:

1. The petitioner's motion for copies **[ECF No. 184] is granted in part and denied in part.**

2. The Clerk of Court is directed to provide the petitioner with:

   a.   ONE copy of the CM/ECF docket sheet for this action, commencing with entries made on June 3, 2025; and

   b.   TWO copies of the Ninth Circuit Court of Appeals "Form 12. Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254."

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2026

---

[5] ECF No. 184 at 2.

[6] ECF No. 181 at 22.

2