**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Frank M. Peck, | Case No: 2:17-cv-01620-JAD-MDC |
| Petitioner, | **Order Granting Motion for Judicial Notice that Petitioner is Proceeding Pro Se and Directing the Clerk of Court to Update the Docket** |
| v. | |
| Terry Royal, et al., | [ECF No. 190] |
| Respondents. | |

In this closed habeas corpus proceeding brought under 28 U.S.C. § 2254, petitioner Frank Peck moves for an order judicially noticing that he is proceeding pro se.[1] The court previously ruled that Peck's counsel withdrew under an order at the Ninth Circuit Court of Appeals and that Peck is proceeding pro se in this action.[2] The docket for this action, however, has not yet been updated to reflect that counsel withdrew and Peck is proceeding pro se. To ensure that Peck receives notices concerning this matter, if any, I grant the motion to the extent that it asks the Clerk of Court to update the docket to reflect Mr. Peck's pro se status.

**IT IS THEREFORE ORDERED** that:

1. The petitioner's motion for judicial notice that he is proceeding pro se **[ECF No. 190] is GRANTED** to the limited extent discussed in this order.

2. The Clerk of Court is directed to update the docket to reflect that counsel withdrew from her representation of the petitioner and the petitioner is proceeding *pro* se.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 1, 2026

---

[1] ECF No. 190.

[2] ECF No. 181 at 3.